Robert A. Ring, Esq., Bar No. 97850
Susan H. Green, Esq., Bar No. 101736
Ring & Green APC
3435 Overland Avenue
Los Angeles, CA 90034
Telephone: (310) 226-2550
Telephone (310) 226-2459
Email: rring@ringgreen.com

Andrew Gerber (Admitted Pro Hac Vice)
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, NY 10003
Telephone: (212) 882-1320
Email: andrew@kgfirm.com

Attorneys for Plaintiff Katie Thierjung

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

KATIE THIERJUNG, an individual,

    Plaintiff,

v.

SHEIN FASHION GROUP, INC., a
California corporation; ZOETOP
BUSINESS CO., LTD., a Chinese
limited company; E.C. BEST SERVICE,
INC., a California corporation; and
DOES 1-10,

    Defendants.

CASE NO.  8:19-CV-01928-DOC-KES

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

1       Plaintiff Katie Thierjung ("Plaintiff") and Defendants Shein Fashion Group, Inc.

2  ("SFG"), Zoetop Business Co., Ltd. ("Zoetop"), and EC Best Service, Inc. ("EC Best")

3  (collectively, "Defendants"), by and through their respective counsel of record, hereby

4  stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims in this action are hereby

5  dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

7  DATED:  August 11, 2020         KUSHNIRSKY GERBER PLLC

9                               By: */s/  Andrew Gerber*

10                                  Andrew Gerber

11                                  Attorneys for Plaintiff Katie Thierjung

13  DATED:  August 11, 2020         GREENBERG TRAURIG, LLP

15                                 By: */s/ Valerie W. Ho*

16                                  Valerie W. Ho

17                                  Rebekah S. Guyon

                                    Attorneys for Defendants

18                                  Shein Fashion Group, Inc. and

19                                  EC Best Service, Inc.

20  DATED:  August 11, 2020         STALWART LAW GROUP

22                               By: */s/ Dylan Ruga*

23                                  Dylan Ruga

24                                  Attorneys for Defendant

25                                  Zoetop Business Co., Ltd

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Valerie W. Ho and Dylan Ruga, on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.*

DATED:  August 11, 2020                    KUSHNIRSKY GERBER PLLC


                                    By: */s/  Andrew Gerber*
                                        Andrew Gerber
                                        Attorneys for Plaintiff Katie Thierjung